**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

CARLY PISARRI, AUBILY REMUS JASMIN, JOSHUA BILMES, SAMANTHA FAHY, BARI LASKY, ELIZABETH PLESSER, PETR PRIELOZNY, VADIM TERNOVSKI, and HELENA VON ROSENBERG,

          Plaintiffs, on behalf of themselves and all others similarly situated,

   -against-

TOWN SPORTS INTERNATIONAL, LLC and TOWN SPORTS INTERNATIONAL HOLDINGS, INC. d/b/a NEW YORK SPORTS CLUBS, BOSTON SPORTS CLUBS, WASHINGTON SPORTS CLUBS and PHILADELPHIA SPORTS CLUBS,

          Defendants.

------------------------------------------------------------- X

Civil Action No. 18-cv-1737 (LLS)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH <u>PREJUDICE</u>**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Carly Pisarri and Aubily Remus Jasmin, on the one hand, and Defendants Town Sports International, LLC and Town Sports International Holdings, Inc., on the other hand, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Ms. Pisarri and Mr. Jasmin hereby dismiss their individual claims in connection with this action with prejudice and without costs or attorneys' fees to either side.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that Plaintiffs will file a Second Amended Complaint removing Ms. Pisarri's and Mr. Jasmin's individual claims by March 15, 2019.

| **WIGDOR LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| By: _____[signature]_____<br>    David E. Gottlieb, Esq.<br>    Taylor J. Crabill, Esq. | By:  /s/ *Peter Siachos*<br>    Peter G. Siachos, Esq.<br>    Donald Derrico, Esq.<br>    Matthew P. Gallo, Esq. |
| 85 Fifth Avenue<br>New York, NY 10003<br>Telephone: (212) 257-6800<br>Facsimile:  (212) 257-6845<br>dgottlieb@wigdorlaw.com<br>tcrabill@wigdorlaw.com<br>*Attorneys for Plaintiffs and Proposed Class Counsel* | 18 Columbia Turnpike, Suite 220<br>Florham Park, New Jersey 07932<br>Tel: (973) 549-2500<br>Fax: (973) 377-1911<br>E-mail: psiachos@grsm.com<br>*Counsel for Defendants* |
| Dated: March 11, 2019 | Dated: March 11, 2019 |