ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

JOSHUA BILMES, SAMANTHA FAHY, BARI
LASKY, ELIZABETH PLESSER, PETR
PRIELOZNY, VADIM TERNOVSKI, HELENA
VON ROSENBERG, and RICHARD KAYE,
on behalf of themselves and all others
similar situated,

                Plaintiff,

- against -

TOWN SPORTS INTERNATIONAL, LLC and
TOWN SPORTS INTERNATIONAL HOLDINGS,
INC. d/b/a NEW YORK SPORTS CLUBS,
BOSTON SPORTS CLUBS, WASHINGTON
SPORTS CLUBS and PHILADELPHIA SPORTS
CLUBS,
                Defendant.
- - - - - - - - - - - - - - - - - - -X

18 Civ. 1737 (LLS)

ORDER

    Sufficient cause appearing, the conference scheduled for Friday, March 20, 2020 at 12:30 PM is adjourned *sine die*. In lieu of personal appearances, counsel shall, jointly or separately, write the Court setting forth (a) the status of discovery on class certification issues, (b) the date by which it is anticipated that such discovery will be complete, and (c) a schedule for the briefing of the class certification motion.

    So ordered.

Dated:  New York, New York
       March 17, 2020

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                    U.S.D.J.