UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSHUA BLIMES et al., :
:
                     Plaintiffs, :
: 18-CV-1737 (VSB)
        -against- :
: **ORDER**
:
TOWN SPORTS INTERNATIONAL, LLC et :
al. :
:
                    Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On September 16, 2020, Defendants filed a notice of a related bankruptcy. (Doc. 58.) This action was reassigned to me on December 9, 2020. There have been no filings on this action's docket since it was reassigned to me, save for a notice of an attorney's withdrawal on January 25, 2021. (Doc. 59.) In light of the time elapsed since there has been activity in this action, the parties are ORDERED to file a joint letter, by July 6, 2022, regarding the status of this action and whether the parties require any further intervention from the Court.

SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge