UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA BLIMES, on behalf of himself and
all others similarly situated, et al.,

                              Plaintiffs,

                -against-

TOWN SPORTS INTERNATIONAL, LLC, et
al.,

                              Defendants.

1:18-cv-01737 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 26, 2022, the Court ordered the parties to file a joint letter within two weeks.  ECF No. 63.  The deadline for that filing has now passed and the parties have failed to file such a letter.  By order dated July 7, 2022, the parties were also directed to file a joint status letter by October 7, 2022.  ECF No. 62.  The parties failed to file that letter.  Accordingly, the parties shall, no later than **October 24, 2022,** file a joint letter providing all information requested in the September 26, 2022 Order.

Dated:  October 18, 2022
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge