UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA BLIMES, on behalf of himself and all others similarly situated, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> TOWN SPORTS INTERNATIONAL, LLC, et al., <br><br> Defendants. | 1:18-cv-01737 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The parties shall file a joint status letter by **February 1, 2023** regarding the status of Defendants' bankruptcy proceeding and proposing next steps in this action.

Dated: January 25, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge