UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA BLIMES, on behalf of himself and all others similarly situated, et al.,

                 Plaintiffs,

-against-

TOWN SPORTS INTERNATIONAL, LLC, et al.,

                 Defendants.

1:18-cv-01737 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 25, 2023, the Court ordered the parties to submit a joint status letter by February 1, 2023. *See* ECF No. 66. No such letter has been filed. As a courtesy, the Court will grant an extension and the parties shall file the joint letter required by ECF No. 66 no later than **February 15, 2023**.

Dated: February 8, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge