# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

March 17, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

    Re:    Bilmes, *et al.* v. Town Sports International, LLC, *et al.*; No.: 18-cv-1737

Dear Judge Rochon,

We represent Plaintiffs in the above-referenced matter and write pursuant to the Court's order dated February 16, 2023. Having considered the circumstances, Plaintiffs have decided to discontinue this action.

Respectfully submitted,

David E. Gottlieb

This action is hereby **DISMISSED**, at Plaintiffs' request, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of Court is respectfully directed to **CLOSE** this case.

Dated: March 20, 2023
       New York, New York

SO ORDERED.

**JENNIFER L. ROCHON**
**United States District Judge**